

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-18-00417-CV

IN THE MATTER OF THE MARRIAGE OF
BETH ANN HIRNER AND RUSSELL THOMAS HIRNER

On Appeal from the 320th District Court
Potter County, Texas
Trial Court No. 91,913-D, Honorable Pamela Cook Sirmon, Presiding

June 21, 2019

## MEMORANDUM OPINION

Before QUINN, C.J., and CAMPBELL and PARKER, JJ.

Appellant, Russell Thomas Hirner, has filed a motion seeking voluntary dismissal of his appeal. The Court finds the motion complies with the requirements of Rule of Appellate Procedure 42.1(a)(1) and that granting the motion will not prevent any party from seeking relief to which it would otherwise be entitled. As no decision of the Court has been delivered to date, we grant the motion. The appeal is dismissed. As the motion does not address costs, costs will be taxed against appellant. TEX. R. APP. P. 42.1(d). No motion for rehearing will be entertained and our mandate will issue forthwith.

Per Curiam